IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 13-30054-DRH |
| vs. | ) | |
| | ) | |
| DARREN E. EVERETT, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S NOTICE OF ELEMENTS OF THE OFFENSE, STATUTORY PENALTIES AND ADVISORY GUIDELINE RANGE

To sustain the charge of Bank Robbery, as charged in the Indictment, the Government must prove the following propositions beyond a reasonable doubt:

FIRST: Defendant took from the person or presence of another money belonging to or in the care, custody, control, management or possession of Commerce Bank;

SECOND: At the time charged in the indictment, Commerce Bank had its deposits insured by the Federal Deposit Insurance Corporation; and

THIRD: Defendant acted to take such money by force and violence, or by intimidation.

## PENALTIES

A term of imprisonment of not more than twenty (20) years, a fine up to $250,000, or both, a term of supervised release of not more than five (5) years, and a $100 special assessment.

### Government's Position on the Advisory Guideline Range

The Government anticipates that the Base Offense Level in this case is 20, pursuant to U.S.S.G. §2B3.1(a). The Government further anticipates that the following specific offense characteristics apply: (1) the property of a financial institution was taken; thus, the Defendant's

Base Offense Level should be *increased* 2 levels; and (2) a dangerous weapon was possessed; thus, the Defendant's Base Offense Level should be *increased* 3 levels; creating an Adjusted Offense Level of 25.  The Government further anticipates that the adjusted offense level of 25 will be *increased* 5 levels to include the additional four bank robberies, which are considered ghost counts, pursuant to the grouping rules, resulting in a final adjusted offense level of 30.  Finally, the Government anticipates that, because the defendant entered a timely plea, he will receive a two-level downward adjustment for acceptance of responsibility, reducing his offense level to twenty-eight (28).  The Government also anticipates moving for the third point at the time of sentencing, resulting in an adjusted base offense level of twenty-seven (27).

A preliminary examination of the defendant's criminal history shows a total of 1 point, which would place him in a Category I.  An offense level 27, Criminal History Category I, equates with an advisory guideline range of 70-87 months.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/ *Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 13-30054-DRH |
| vs. | ) | |
| | ) | |
| DARREN E. EVERETT, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2014, I electronically filed the **Government's Notice of Elements of the Offense, Statutory Penalties, and Advisory Guideline Range** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert Elovitz, Esq.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:  Angela.Scott@usdoj.gov